FILED
CLERK, U.S. DISTRICT COURT
APR 2 2 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Valentin Solono, Jr. DEFENDANT(S). | CASE NUMBER 10 CR-380-2 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of ___defendant___, IT IS ORDERED that a detention hearing is set for ___4/28___, _____, at ___10:30___ ☒ a.m. / ☐ p.m. before the Honorable ___Jacqueline Chooljian___, in Courtroom ___20___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: ___4/22/10___             _____[signature]_____
                                  U.S. District Judge/Magistrate Judge